

# AGREEMENT AND GENERAL RELEASE

This Agreement and General Release (hereinafter "Agreement") is made and entered into between **Donette Dobson, LaQuita Sterling, Lori Thomas and Nekecia Martin** (referred to herein as "Employees"), **Central Station Sports Café** (referred to herein as "Central Station"), and **Joshua L. Patton** (collectively referred to herein as "Patton"). Employees, Central Station and Patton shall collectively be referred to herein as the "Parties."

**WHEREAS**, a dispute has arisen between the Parties regarding Employees' employment with Central Station; and

**WHEREAS**, Employees have filed a lawsuit, against Central Station and Joshua L. Patton in the United States District Court for the Northern District of Georgia, entitled *Nekecia Martin, et al v. Central Sports Café and Joshua L. Patton*, and assigned Civil Action Number: 1:12-cv-02553-SCJ (referred to herein as the "Lawsuit"), wherein Employees have asserted claims for an alleged failure to pay minimum wages in violation of the Fair Labor Standards Act; and

**WHEREAS**, Defendants deny the allegations asserted against them; however, to spare all Parties the cost and uncertainty of further proceedings, the Parties have negotiated a settlement of all disputes between them, including all claims pending in the Lawsuit, the terms of which are set forth in this Agreement.

1. **Consideration.** In consideration for the promises contained in this Agreement, the Parties agree as follows:

    a.  Within 2 business days of the execution of this Agreement, Employees agree to file the Consent Motion to Approve Settlement Agreement attached hereto as Attachment "1";

    b.  Payment to be made within ten (10) business days of the Court approval of Settlement; Dismissal with Prejudice of the Lawsuit will be filed within three (3) business days of receipt of payment. Central Station will pay Employees as follows:

    i.  DONETTE DOBSON the total sum of SEVEN THOUSAND TWENTY-FIVE DOLLARS AND TWENTY-SIX CENTS ($7,025.26), to be paid as follows: (1) $3,513.00 to Employee as wages (less lawful deductions), (2) $3,513.00 to Employee as non-wage income.

    ii. LAQUITA STERLING the total sum of TWELVE THOUSAND ONE HUNDRED EIGHTY DOLLARS ($12,180.00), to be paid as follows: (1) $6,090.00 to Employee as wages (less lawful deductions), (2) $6,090.00 to Employee as non-wage income.

    iii. LORI THOMAS the total sum of FOURTEEN THOUSAND SEVEN

      HUNDRED NINETY DOLLARS ($14,790.00), to be paid as follows: (1) $7,395.00 to Employee as wages (less lawful deductions), (2) $7,395.00 to Employee as non-wage income.

iv. NEKECIA MARTIN the total sum of TEN THOUSAND TWO HUNDRED EIGHT DOLLARS ($10,208.00), to be paid as follows: (1) $5,104.00 to Employee as wages (less lawful deductions), (2) $5,104.00 to Employee as non-wage income and;

v. Kevin D. Fitzpatrick, Jr. the total sum of FOURTEEN THOUSAND FOUR HUNDRED DOLLARS ($14,400.00) for litigation expenses, costs and attorneys' fees.

vi. Central Station will pay these amounts in five separate checks and makes no representations as to the taxability of such payments. Employees acknowledge that these payments represent all monies Employees could possibly be entitled to from Patton and/or Central Station, including compensatory damages, lost wages, liquidated damages, benefits, punitive damages, interest, court costs and/or attorneys' fees.

vii. **Central Station shall issue a Form 1099 to each Employee for all non-wage income. Said forms shall indicate payment in "Box 3" as other income paid to Employees.**

  2. **No Consideration Absent Execution of this Agreement.** Employees understand and agree that Employees would not receive the monies and/or benefits specified in paragraph "1" above, except for Employees' execution of this Agreement and the fulfillment of the promises contained herein.

  3. **General Release of All Claims.** For and in consideration of the commitments made in this Agreement, the Employees, on behalf of themselves, their heirs, executors, administrators, personal representatives, successors, agents, attorneys, assigns, past and present affiliates, past and present officers, directors, employees, successors and assigns, hereby irrevocably and unconditionally release, acquit and forever discharge Central Station and Joshua L. Patton from any and all claims, charges, complaints, rights, demands, actions, causes of action, obligations, liabilities, promises, agreements, controversies, damages, suits, rights, costs, losses, debts and expenses (including attorneys' fees and costs actually incurred) of any and every kind, nature and character whatsoever, whether or not asserted against him/her/it/them or which could have been asserted against him/her/it/them. On Employees' part, this release includes, but is not limited to, any claim for any alleged violation of:

- Fair Labor Standards Act ("FLSA");

Employees affirm that Employees have not filed, caused to be filed, or presently is a party to any claim against Patton or Central Station, except the Lawsuit.

Employees also affirm that Employees have been paid and/or has received all compensation, wages, bonuses, commissions, and/or benefits to which Employees may be entitled. Employees affirm that Employees have been granted any leave to which Employees were entitled under the Family and Medical Leave Act or related state or local leave or disability accommodation laws.

Employees further affirm that Employees have no known workplace injuries or occupational diseases.

All Parties acknowledge that this Agreement does not limit any Party's right, where applicable, to file or participate in an investigative proceeding of any federal, state or local governmental agency. To the extent permitted by law, Employees agree that if such an administrative claim is made, Employees shall not be entitled to recover any individual monetary relief or other individual remedies.

Employees shall not apply in the future for employment with Central Station because of, among other things, irreconcilable differences with Central Station. If Employees do apply for future employment with Central Station, Employees shall not be eligible to be considered for employment.

5. **Confidentiality and Return of Property**. Employees agree not to disclose any information regarding the underlying facts leading up to or the existence or substance of this Agreement, except to Employee's spouse, tax advisor, and/or an attorney with whom Employees choose to consult regarding Employees' consideration of this Agreement.

6. **Governing Law and Interpretation**. This Agreement shall be governed and conformed in accordance with the laws of the state of Georgia. In the event of a breach of any provision of this Agreement, either Party may institute an action specifically to enforce any term or terms of this Agreement and/or to seek any damages for breach. Should any provision of this Agreement be declared illegal or unenforceable by any court of competent jurisdiction and cannot be modified to be enforceable, excluding the general release language, such provision shall immediately become null and void, leaving the remainder of this Agreement in full force and effect.

7. **Nonadmission of Wrongdoing**. The Parties agree that neither this Agreement nor the furnishing of the consideration for this Agreement shall be deemed or construed at any time for any purpose as an admission of wrongdoing or evidence of any liability or unlawful conduct of any kind.

- Title VII of the Civil Rights Act of 1964;

- Sections 1981 through 1988 of Title 42 of the United States Code;

- The Employee Retirement Income Security Act of 1974 ("ERISA") (except for any vested benefits under any tax qualified benefit plan);

- The Immigration Reform and Control Act;

- The Americans with Disabilities Act of 1990;

- The Worker Adjustment and Retraining Notification Act;

- The Fair Credit Reporting Act;

- The Family and Medical Leave Act;

- The Equal Pay Act;

- Georgia AIDS Confidentiality Act, O.C.G.A. § 24-9-47;

- Georgia Equal Pay Act, O.C.G.A. § 34-5-1, *et seq.*;

- Georgia Age Discrimination in Employment Act, O.C.G.A. § 34-1-2;

- Georgia Equal Employment for Persons with Disabilities Code, O.C.G.A. § 34-6A-1 *et seq.*;

- Georgia Wage Payment and Work Hour Laws;

- any other federal, state or local law, rule, regulation, or ordinance;

- any public policy, contract, tort, or common law; or

- any basis for recovering costs, fees, or other expenses, including attorneys' fees, incurred in these matters.

If any claim is not subject to release, to the extent permitted by law, Employees waive any right or ability to be a class or collective action representative or to otherwise participate in any putative or certified class, collective or multi-party action or proceeding based on such a claim in which Joshua L. Patton or Central Station Sports Café is a party.

4. **Acknowledgments and Affirmations.**

05/04/2013  11:12    8636874392              OFFICE DEPOT 2363                    PAGE  02/02

8. **No Disparaging Statements.** The Parties hereby agree not to defame or disparage, or otherwise publish or communicate derogatory statements or opinions about the other party in any manner whatsoever. The Parties represent and assure that no such defamatory or derogatory comments have been previously made, nor will any such comments be made in the future. In the event Employees' future or potential employers contact Central Station, Central Station agrees to confirm Employees' dates of employment with Central Station without further comment.

9. **Amendment.** This Agreement may not be modified, altered or changed except in writing and signed by all Parties wherein specific reference is made to this Agreement.

10. **Entire Agreement.** This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any prior agreements or understandings between the Parties. The Parties acknowledge that they have not relied on any representations, promises, or agreements of any kind in connection with their decision to accept this Agreement, except for those set forth in this Agreement.

11. **Execution in Counterparts.** This Agreement may be executed in counterparts and by facsimile transmission of signatures. The Parties agree their signatures on the facsimile transmissions or via PDF attachment shall be fully binding upon them in the same manner as if the Parties had each signed the same original document.

**BY SIGNING BELOW, THE PARTIES ACKNOWLEDGE THAT THEY HAVE HAD TIME TO REVIEW THIS AGREEMENT, UNDERSTAND WHAT IT MEANS, AND FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION AND AN OPPPORTUNITY TO CONSULT WITH ANY LEGAL COUNSEL OF THEIR CHOOSING, AGREE TO THE TERMS OF THIS AGREEMENT.**

_____  
Donette Dobson

Date: _____

_____  
LaQuita Sterling

Date: _____

_[signature]_  
Lori Thomas

Date: 5-4-13

For Central Station Sports Café:

_[signature]_  
By: Joshua L. Patton

Date: 5·9·13

_[signature]_  
Joshua L. Patton

Date: 5·9·13

- 5 -

8. **No Disparaging Statements.** The Parties hereby agree not to defame or disparage, or otherwise publish or communicate derogatory statements or opinions about the other party in any manner whatsoever. The Parties represent and assure that no such defamatory or derogatory comments have been previously made, nor will any such comments be made in the future. In the event Employees' future or potential employers contact Central Station, Central Station agrees to confirm Employees' dates of employment with Central Station without further comment.

9. **Amendment**. This Agreement may not be modified, altered or changed except in writing and signed by all Parties wherein specific reference is made to this Agreement.

10. **Entire Agreement.** This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any prior agreements or understandings between the Parties. The Parties acknowledge that they have not relied on any representations, promises, or agreements of any kind in connection with their decision to accept this Agreement, except for those set forth in this Agreement.

11. **Execution in Counterparts.** This Agreement may be executed in counterparts and by facsimile transmission of signatures. The Parties agree their signatures on the facsimile transmissions or via PDF attachment shall be fully binding upon them in the same manner as if the Parties had each signed the same original document.

**BY SIGNING BELOW, THE PARTIES ACKNOWLEDGE THAT THEY HAVE HAD TIME TO REVIEW THIS AGREEMENT, UNDERSTAND WHAT IT MEANS, AND FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION AND AN OPPPORTUNITY TO CONSULT WITH ANY LEGAL COUNSEL OF THEIR CHOOSING, AGREE TO THE TERMS OF THIS AGREEMENT.**

_/s/ Donette Dobson_
Donette Dobson
Date: 5/8/13

_/s/ LaQuita Sterling_
LaQuita Sterling
Date: 5/6/13

_____
Lori Thomas

Date: _____

For Central Station Sports Café:

_____

By: _____

Date: _____

_____
Joshua L. Patton

Date: _____

8.  **No Disparaging Statements.** The Parties hereby agree not to defame or disparage, or otherwise publish or communicate derogatory statements or opinions about the other party in any manner whatsoever. The Parties represent and assure that no such defamatory or derogatory comments have been previously made, nor will any such comments be made in the future. In the event Employees' future or potential employers contact Central Station, Central Station agrees to confirm Employees' dates of employment with Central Station without further comment.

9.  **Amendment**. This Agreement may not be modified, altered or changed except in writing and signed by all Parties wherein specific reference is made to this Agreement.

10. **Entire Agreement.** This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any prior agreements or understandings between the Parties. The Parties acknowledge that they have not relied on any representations, promises, or agreements of any kind in connection with their decision to accept this Agreement, except for those set forth in this Agreement.

11. **Execution in Counterparts.** This Agreement may be executed in counterparts and by facsimile transmission of signatures. The Parties agree their signatures on the facsimile transmissions or via PDF attachment shall be fully binding upon them in the same manner as if the Parties had each signed the same original document.

**BY SIGNING BELOW, THE PARTIES ACKNOWLEDGE THAT THEY HAVE HAD TIME TO REVIEW THIS AGREEMENT, UNDERSTAND WHAT IT MEANS, AND FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION AND AN OPPPORTUNITY TO CONSULT WITH ANY LEGAL COUNSEL OF THEIR CHOOSING, AGREE TO THE TERMS OF THIS AGREEMENT.**

_____  
Donette Dobson

Date: _____

_____  
LaQuita Sterling

Date: _____

*[signature]*  
Lori Thomas

Date: 5-4-13

For Central Station Sports Café:

_____

By: _____

Date: _____

_____  
Joshua L. Patton

Date: _____

8.    **No Disparaging Statements.** The Parties hereby agree not to defame or disparage, or otherwise publish or communicate derogatory statements or opinions about the other party in any manner whatsoever. The Parties represent and assure that no such defamatory or derogatory comments have been previously made, nor will any such comments be made in the future. In the event Employees' future or potential employers contact Central Station, Central Station agrees to confirm Employees' dates of employment with Central Station without further comment.

9.    **Amendment.** This Agreement may not be modified, altered or changed except in writing and signed by all Parties wherein specific reference is made to this Agreement.

10.   **Entire Agreement.** This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any prior agreements or understandings between the Parties. The Parties acknowledge that they have not relied on any representations, promises, or agreements of any kind in connection with their decision to accept this Agreement, except for those set forth in this Agreement.

11.   **Execution in Counterparts.** This Agreement may be executed in counterparts and by facsimile transmission of signatures. The Parties agree their signatures on the facsimile transmissions or via PDF attachment shall be fully binding upon them in the same manner as if the Parties had each signed the same original document.

BY SIGNING BELOW, THE PARTIES ACKNOWLEDGE THAT THEY HAVE HAD TIME TO REVIEW THIS AGREEMENT, UNDERSTAND WHAT IT MEANS, AND FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION AND AN OPPPORTUNITY TO CONSULT WITH ANY LEGAL COUNSEL OF THEIR CHOOSING, AGREE TO THE TERMS OF THIS AGREEMENT.

Donette Dobson  
Date: 5/8/13

LaQuita Sterling  
Date: 5/6/13

Lori Thomas  
Date: _____

For Central Station Sports Café:

By: Joshua L. Patton  
Date: 5·9·13

Joshua L. Patton  
Date: 5·9·13

_Nekecia Martin_
Nekecia Martin

Date: 5/7/13

For Plaintiffs

_Kevin D. Fitzpatrick_
Kevin D. Fitzpatrick, Delong, Caldwell,
Bridgers & Fitzpatrick, LLC

Date: 5-8-2013

For Defendants

_Larry A. Pankey_
Larry A. Pankey, Pankey & Horlock, LLC

Date: 5/14/13

_Nekecia Martin_
Nekecia Martin

Date: 5/7/13

For Plaintiffs

_Kevin R. Bridgers_
Kevin D. Fitzpatrick, Delong, Caldwell, Bridgers & Fitzpatrick, LLC

Date: 5-8-2013

For Defendants

_____
Larry A. Pankey, Pankey & Horlock, LLC

Date:_____